| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Sherry** | **L.** | **Spencer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 103A
## Application for Individuals to Pay the Filing Fee in Installments     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code are you choosing to file under?
   - ☐ Chapter 7
   - ☐ Chapter 11
   - ☐ Chapter 12
   - ☑ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay...

   | Amount | | Date |
   |---|---|---|
   | $78.25 | ☐ With the filing of the petition ☑ On or before this date......... | 05/10/2023 |
   | $78.25 | On or before this date................. | 06/10/2023 |
   | $78.25 | On or before this date................. | 07/10/2023 |
   | + $78.25 | On or before this date................. | 08/10/2023 |
   | **Total $313.00** | <-- Your total must equal the entire fee for the chapter you checked in line 1. | |

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X /s/ Sherry L. Spencer
Sherry L. Spencer, Debtor 1

X
Signature of Debtor 2

X /s/ Megan C. Carpenter
Megan C. Carpenter, Bar No. ASB-2804-G68C
Your attorney's name and signature, if you used one

Date: 04/11/2023

Date:

Date: 04/11/2023

# Fill in this information to identify the case:

Debtor 1  **Sherry**                **L.**              **Spencer**
          First Name                Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name         Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**

Case number
(if known)

Chapter filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
|  | Month / day / year |
|  | Month / day / year |
|  | Month / day / year |
| + | Month / day / year |
| **Total** |  |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____          **By the court:** _____
Month / day / year                                  United States Bankruptcy Judge

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Sherry | L. | Spencer |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Northern District of Alabama

Case number (If known) _____

## Local Form 1006-1(c)

# Notice of Intent to Pay Chapter 13 Case Filing Fee through Chapter 13 Plan

**By signing here, you state that you understand, acknowledge, and agree that:**

- You have the option to pay your chapter 13 case filing fee installments directly to the Clerk of Court, but you have elected to pay the filing fee through your chapter 13 plan pursuant to Local Rule 1006-1(c).

- You must timely pay each installment of your chapter 13 case filing fee to the office of the standing chapter 13 trustee in the division where your case is filed in accordance with the terms of your chapter 13 plan and any order entered in respect of your application to pay the case filing fee in installments. If you do not timely make any payment when it is due, your bankruptcy case may be dismissed.

- Pursuant to 28 U.S.C. § 586, the chapter 13 trustee shall be entitled to collect a percentage fee (not to exceed ten percent) on any filing fee installment payments made through the office of the chapter 13 trustee.

- Unless the Court orders otherwise, if your case is dismissed before confirmation and before the chapter 13 trustee remits payment of your entire chapter 13 case filing fee to the Clerk of Court, the chapter 13 trustee shall apply any monies on hand on the date of dismissal in the following order: (1) the chapter 13 trustee shall remit payment to the Clerk of Court for the unpaid balance of the chapter 13 case filing fee; (2) the chapter 13 trustee shall apply the funds on hand to the trustee's costs of administration, including in payment of any percentage fee owed to the trustee in respect of the filing fee payments made by the trustee to the Clerk of Court; (3) the chapter 13 trustee shall pay any other administrative expenses approved to be paid by order of the Court; and (4) the remaining monies, if any, shall be disbursed to you.

- If your case is converted before the chapter 13 trustee remits payment of your entire chapter 13 case filing fee to the Clerk of Court, the chapter 13 trustee shall return any monies on hand as of the date of conversion to you, and you will be responsible for paying the balance of the case filing fee owed.

x /s/ Sherry L. Spencer
Signature of Debtor 1

Date 04/11/2023
MM / DD / YYYY

x _____
Signature of Debtor 2

Date _____
MM / DD / YYYY

x [signature]
Your attorney's name and signature, if you used one

Date 04/11/2023
MM / DD / YYYY